Titus Travis

2430 kentucky Ave

Joplin mo

816 226 3385

6:18-cv-03084-BP



I respectfully request that the Court extend ther motion for summary judgement deadlines out 30 days

The counsel has been busy in other legal matters

Titus Travis

August 23 2019